a case) from the Tucker Act, which provides as follows:

> The United States Court of Federal Claims shall have jurisdiction to render judgment upon any claim against the United States founded either upon the Constitution or any Act of Congress, or any regulation of an executive department, or upon any express or implied contract with the United States, or for liquidated or unliquidated damages in cases *not sounding in tort.*

28 U.S.C. § 1491(a)(1) (emphasis added).

The plain language of the Tucker Act excludes claims sounding in tort from the jurisdiction of the Court of Federal Claims. *Rick's Mushroom Serv., Inc. v. United States,* 521 F.3d 1338, 1343 (Fed. Cir.2008). At the same time, the Court of Federal Claims lacks jurisdiction to entertain general civil rights claims that are not based upon an appropriate money-mandating provision. *E.g., Sanders v. United States,* 34 Fed.Cl. 75, 80 (1995), *aff'd,* 104 F.3d 376 (Fed.Cir.1996), *cert. denied,* 522 U.S. 831, 118 S.Ct. 97, 139 L.Ed.2d 53 (1997). We have reviewed Mr. Ouattara Hema's complaint. In addition, we have considered all the arguments he makes on appeal. It is clear that all the claims he presents either sound in tort or amount to general allegations that his civil rights have been violated. In either case, they are outside the jurisdiction of the Court of Federal Claims.

For the foregoing reasons, the Opinion and Order of the Court of Federal Claims dismissing Mr. Ouattara Hema's complaint is affirmed.

### AFFIRMED

No Costs.

---

**Carter D. MANSFIELD, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 2015–3007.

United States Court of Appeals, Federal Circuit.

June 8, 2015.

Joel J. Kirkpatrick, Joel J. Kirkpatrick, P.C., Plymouth, MI, argued for petitioner.

Melissa M. Devine, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Reginald T. Blades, Jr.

WALLACH, CLEVENGER, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**